```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

MICROSOFT CORPORATION,          :
                                :
          Plaintiff,            :
                                :
          v.                    : C.A. No. 09-484-JJF
                                :
WEBXCHANGE INC.,                :
                                :
          Defendant.            :

### ORDER

At Wilmington, this 30 day of October 2009, for the reasons set forth in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant WebXchange Inc.'s Motion To Dismiss Microsoft's Complaint For Lack Of Subject Matter Jurisdiction (D.I. 9.) is **GRANTED**.

                                       /s/ Joseph J. Farnan, Jr.
                                       UNITED STATES DISTRICT JUDGE